MAXWELL N. ANDALMAN, Respondent, *v.* ALFRED K. BEHRENS and Another, Copartners, Doing Business under the Firm Name and Style of BEHRENS LIPSHUTZ COMPANY, Defendants, Impleaded with JACK LIPSHUTZ, Appellant.

Supreme Court, Appellate Term, First Department, February 5, 1926.

**Attorney and client — fees — attorney recovered judgment of $1,475.95 for services rendered in litigation involving $1,900 — verdict excessive where services covered ordinary litigation — plaintiff received retainer of $200 — judgment reduced to $500.**

A judgment for the plaintiff, an attorney, for $1,475.95 for legal services rendered defendant in a litigation involving $1,900, should be reversed, where said services included the prosecution of an ordinary law suit for which plaintiff had already received a retainer of $200. However, should plaintiff stipulate to reduce the judgment to $500, with interest and costs, the judgment as so modified will be affirmed.

APPEAL by defendant from a judgment of the City Court of the City of New York, entered in favor of the plaintiff.

*O'Brien, Malevinsky & Driscoll* [*Edward C. Raftery* of counsel], for the appellant.

*Tobias A. Keppler*, for the respondent.

PER CURIAM. The plaintiff recovered judgment in the sum of $1,475.95 for legal services rendered to the defendants in litigation involving the sum of $1,900. We regard this award of the jury out of proportion to the amount involved and the work done. The services rendered were the preparation for and the prosecution of the ordinary law suit which involved no legal complexities. The plaintiff already has received a retainer of $200. An additional sum of $500 will, in our judgment, reasonably compensate him for the services rendered. The judgment appealed from is reversed and a new trial ordered, with costs to appellant to abide the event unless within ten days after the entry of the order the plaintiff stipulates to reduce the judgment to the sum of $500, with interest and costs, in which event judgment as so modified affirmed, without costs of appeal to either party.

All concur; present, BIJUR, DELEHANTY and WAGNER, JJ.